**United States District Court**
For the Northern District of California

1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                    SAN JOSE DIVISION

5   J & J SPORTS PRODUCTIONS, INC.,          CASE NO. 5:12-cv-05724 EJD

6                                            **ORDER TO SHOW CAUSE RE:**
                    Plaintiff(s),            **SETTLEMENT**
7       v.

8   LOIDA GALIGUIS HIGA,

9
                    Defendant(s).
10   _____/

11          The parties, having filed a Notice of Settlement on March 26, 2013  (see Docket Item No.

12   16), are ordered to appear before the Honorable Edward J. Davila on **April 26, 2013, at 10:00 a.m.**

13   in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose,

14   California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of

15   Civil Procedure 41(b).  On or before **April 19, 2013,** the parties shall file a joint statement in

16   response to the Order to Show Cause setting forth the status of settlement efforts as well as the

17   amount of additional time necessary to finalize and file a dismissal.

18          The Order to Show Cause shall be automatically vacated and the parties relieved of the

19   obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil

20   Procedure 41(a) is filed on or before **April 19, 2013.**

21          All other pretrial deadlines and hearing dates are VACATED and any pending motions are

22   TERMINATED.

23          Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

24   the action.

25   **IT IS SO ORDERED.**

26   Dated:  March 26, 2013

27                                            EDWARD J. DAVILA
                                             United States District Judge
28

                              1