Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 5:12-cv-05724-EJD |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT LOIDA GALIGUIS HIGA, individually and d/b/a MANILA RANCH MARKET RESTAURANT |
| vs. | |
| LOIDA GALIGUIS HIGA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants LOIDA GALIGUIS HIGA, individually and d/b/a MANILA RANCH MARKET RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice** against LOIDA GALIGUIS HIGA, individually and d/b/a MANILA RANCH MARKET RESTAURANT, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by April 8, 2014, the dismissal shall be deemed to be **with prejudice**.

///

///

1    This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).   Each Party

2  referenced-above shall bear its own attorneys' fees and costs.

3

4

5

6  Dated: March 26, 2013

                              LAW OFFICES OF THOMAS P. RILEY, P.C.
7                             By:  Thomas P. Riley
                              Attorneys for Plaintiff
8                             J & J SPORTS PRODUCTIONS, INC.

9

10

11  Dated:

12  4|19|13
                              LOIDA GALIGUIS HIGA
13                            Individually and d/b/a Manila Ranch Market and Restaurant

14

15

16

17

18

19

20

21

22

23
   **IT IS SO ORDERED**:   The Clerk shall close this file.
24

25

26                                       Dated:_____4/19/2013_____
   **The Honorable Edward J. Davila**
27  **United States District Court**
   **Northern District of California**
28


STIPULATION OF DISMISSAL
5:12-cv-05724-EDJ
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 26, 2013, I caused to serve the following documents entitled:

**STIPULATION OF DISMISSAL OF PLANTIFF'S COMPLAINT AGAINST DEFENDANT LOIDA GALIGUIS HIGA, individually and d/b/a MANILA RANCH MARKET AND RESTAURANT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Ms. Loida Galiguis Higa                    (Defendant)
1053 North Main Street
Salinas, CA 93906

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 26, 2013, at South Pasadena, California.

Dated: March 26, 2013

**VANESSA VENTURA**

STIPULATION OF DISMISSAL
5:12-cv-05724-EDJ
PAGE 3